IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez
_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   December 19, 2014 |
| Court Reporter:   Gwen Daniel | Interpreters: Susana Cahill and Marcela Salazar |

_____

| | |
|---|---|
| Criminal Action No.  13-cr-00454-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Goeffrey D. Rieman |
| Plaintiff, | |
| v. | |
| 1.   JOEL RODRIGUEZ PADILLA, | Harvey A. Steinberg |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

SENTENCING HEARING

11:00 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreters.

Court's comments

Sentencing Statement by Mr. Rieman

Sentencing Statement by Steinberg

The Court addresses the Defendant's Objections to the Presentence Report [78].

Argument/Discussion

The defendant withdraws his objections to Paragraphs 19 and 34 of the Presentence Report.

**ORDERED:** **The defendant's objections to Paragraph 19 and 34 of the Presentence Report are withdrawn.**

**ORDERED:** **There being no objection to the motion, the Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under §3E1.1 [75] is GRANTED.**

**ORDERED:** **There being no objection to the motion, the Government's Motion to Dismiss Count Two of Indictment [77] is GRANTED.**

**ORDERED:** **The Government's Non-Opposition to a One-Level Variance [76] is GRANTED.**

**ORDERED:** **The Defendant's Motion for Variant Sentence [79] is GRANTED.**

**ORDERED:** **The Government's Motion for Downward Departure [74] is GRANTED.**

Defendant's Allocution

Defendant pleads guilty to Count One of the Indictment and admitted to the forfeiture allegation on October 7, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Joel Rodriguez-Padilla, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**While on supervised release the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined**

        **in 18 U.S.C. § 921, and he shall comply with the standard conditions that have been adopted by this Court.**

        **The Court waives the mandatory drug testing provisions of §3563(a)(5) because it is likely that the defendant will be removed from this country.**

        **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**   **Special Conditions of Supervised Release:**

        **If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return.**

**Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:**   **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:**   **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:**   **Defendant is REMANDED to the custody of the U.S. Marshal.**

11:30 a.m.   Court in Recess
              Hearing concluded
              Time: 30 minutes