**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No.  13-cr-00454-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOEL RODRIGUEZ PADILLA,

    Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 841(a)(1) and (b)(1)(C), as set forth in the Indictment returned on November 5, 2013;

THAT a Preliminary Order of Forfeiture was entered on December 9, 2014;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT, a Petition for Ancillary Hearing was filed by a Third Party Intervenor;

THAT, a settlement with that Intervenor resulted in his remitting $22,500.00 in lieu of defendant's interest in the real property at 6790 Green Court, Denver, Colorado;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (a)(2).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the $22,500.00 shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2), free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited funds and may dispose of it in accordance with law.

Dated this 2nd day of November, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge